*State, Respondent, v. Oster, Petitioner*, No. 91329-3. Petition for review of a decision of the Court of Appeals, No. 31859-1-III, January 20, 2015, 185 Wn. App. 1031. *Denied* December 2, 2015.

*State, Respondent, v. Gabino, Petitioner*, No. 91350-1. Petition for review of a decision of the Court of Appeals, No. 70044-8-I, January 20, 2015, 185 Wn. App. 1025. *Denied* December 2, 2015.

*State, Respondent, v. Pittman, Petitioner*, No. 91355-2. Petition for review of a decision of the Court of Appeals, No. 44652-9-II, January 27, 2015, 185 Wn. App. 614. *Denied* December 2, 2015.

*State, Respondent, v. Nelson, Petitioner*, No. 91356-1. Petition for review of a decision of the Court of Appeals, No. 44725-8-II, January 27, 2015, 185 Wn. App. 1036. *Denied* December 2, 2015.

*State, Respondent, v. Giles, Petitioner*, No. 91364-1. Petition for review of a decision of the Court of Appeals, No. 31699-8-III, January 27, 2015, 185 Wn. App. 1038. *Denied* December 2, 2015.

*State, Respondent, v. Carpenter, Petitioner*, No. 91383-8. Petition for review of a decision of the Court of Appeals, No. 44562-0-II, February 3, 2015, 185 Wn. App. 1042. *Denied* December 2, 2015.

*State, Respondent, v. Reynolds, Petitioner*, No. 91410-9. Petition for review of a decision of the Court of Appeals, No. 45229-4-II, February 10, 2015, 185 Wn. App. 1052. *Denied* December 2, 2015.

*State, Respondent, v. Courtney, Petitioner*, No. 91458-3. Petition for review of a decision of the Court of Appeals, No. 72032-5-I, February 17, 2015, 185 Wn. App. 1058. *Denied* December 2, 2015.